## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRETT STALLINGS,

Petitioner,

v.

JAMES CROSS, JR.,

Respondent.                                                  No. 12-CV-643-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on petitioner's habeas petition filed pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 9, 2012, the habeas petition pursuant to 28 U.S.C. §2241 is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                BY:      /s/*Sandy Pannier*
                                            **Deputy Clerk**

Dated: August 9, 2012

Digitally signed by David R. Herndon
Date: 2012.08.09 15:45:23 -05'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT